FILED
SUPERIOR COURT
OF GUAM

2021 APR 12 PM 4: 29

CLERK OF COURT

By:_____

## IN THE SUPERIOR COURT OF GUAM

PEOPLE OF GUAM,

v.

LOUIS ANTHONY VARGAS,
DOB: 06/06/1985

Defendant.

**Criminal Case No. CF0446-18**
GPD Report No. 18-21592

**DECISION AND ORDER
DENYING THE PEOPLE'S
MOTION FOR DISCOVERY**

### INTRODUCTION

This matter came before the Honorable Alberto C. Lamorena, III on April 1, 2021 for hearing on the People of Guam's ("the People's") Motion for Discovery ("Motion"). Assistant Attorney General Christine Tenorio represents the People, and Public Defender Stephen Hattori represents Defendant. Having duly considered the parties' briefs, oral arguments, and the applicable law, the Court now issues the following Decision and Order and **DENIES** the People's Motion.

### BACKGROUND

On February 8, 2021, the People submitted their Motion for Discovery, requesting "the name and address of any expert that the Defendant will call at the trial, along with any report or statement made by such expert." Motion at 1-2. Specifically, the People are requesting the name/reports of a lawyer whom Defendant and his counsel contacted concerning that person's knowledge of DNA evidence. Court Recording ("CR") at 2:26:00 (Apr. 1, 2021). The People believe they are entitled to this information pursuant to 8 G.C.A. § 70.25. CR at 2:25:00.

Defense counsel believes they don't have to hand over the requested info because they have no plans on calling that person to the stand as a testifying expert witness. CR at 2:26:40. Rather, defense counsel claims this lawyer was contacted only to help build their defense and explain DNA

Decision and Order Denying The People's Motion For Discovery
CF0446-18, *People of Guam v. Louis Anthony Vargas*
Page 1 of 3

evidence to them. CR at 2:25:45. Defense counsel also believes this info is exempt from discovery for falling under the work product and attorney client privileges. CR at 2:26:00.

The Court held a hearing on April 1, 2021. After hearing the arguments of the parties, the Court took the matter under advisement.

## DISCUSSION

Title 8 G.C.A. § 70.25 provides that, upon motion by the prosecuting attorney, the court may order: ...

> (b) The defendant's attorney to disclose to the prosecuting attorney or permit the prosecuting attorney to inspect and copy any report or statement of an expert, made in connection with the case, including results of physical or mental examinations and of scientific tests, experiments or comparisons *which the defense attorney intends to use in the trial.*
> (c) The defendant's attorney to state the nature of any defense which he intends to use at trial and the name and address of any person *whom the defendant's attorney intends to call as a witness in support thereof.*

8 G.C.A. § 70.25 (*emphasis added*).

Because defense counsel has no plans on calling the lawyer in question to the stands as an expert witness, they are under no obligation to provide that person's name or reports/statements to the prosecution. In fact, requiring such disclosure would violate the work-product doctrine because these documents contain certain legal advice, made by an attorney in the course of his professional employment, prepared in anticipation of litigation by or for the Defendant and his counsel. See Cooey v. Strickland, 269 F.R.D. 643, 647 (S.D. Ohio 2010).

Defense counsel should of course provide this information to the People if they subsequently obtain an expert witness, who they do plan on bringing to the stand to testify.

## CONCLUSION

For the reasons stated above, the Court **DENIES** the People's Motion. Defendant need not provide the prosecution with the name of or reports/statements made by the attorney he consulted with.

**IT IS SO ORDERED** this __Apr. 12, 2021__ *nunc pro tunc* to April 1, 2021.

Decision and Order Denying The People's Motion For Discovery
CF0446-18, *People of Guam v. Louis Anthony Vargas*
Page 2 of 3



**HONORABLE ALBERTO C. LAMORENA, III**
**Presiding Judge, Superior Court of Guam**

**SERVICE VIA E-MAIL**
I acknowledge that an electronic
copy of the original was e-mailed to:

AG, Prosecution,
PDSC

Date: 4/2/21 Time: 4:34pm

Antonio Cruz
Deputy Clerk, Superior Court of Guam

Decision and Order Denying The People's Motion For Discovery
CF0446-18, *People of Guam v. Louis Anthony Vargas*
Page **3** of **3**